■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRICIA A. RING, Appellant. [823 NYS2d 741]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered April 15, 2005. The judgment convicted defendant, upon her plea of guilty, of attempted arson in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.